Gilkes v. Atty Gen Mr. Krause Good morning, your honor May it please the court My name is Ronald Krause I'm an assistant federal public defender for the Middle District of Pennsylvania and I represent the petitioner, Kurt Van Gilkes I would like to reserve two minutes for rebuttal, please, your honor Aye Mr. Gilkes, who is now deported to Barbados has been a United States citizen since birth This citizenship was conferred by operation of 8 U.S.C. section 1409C Section 1409C has five requirements and no one disputes that Gilkes has met four of those requirements that he was born after 1952 that his father was an alien that his mother was a United States citizen and that Mother Gilkes spent at least one year in the United States before his birth The only requirement at issue that we have to hurdle is whether Gilkes was born out of wedlock And are we the proper court to determine that? Absolutely, your honor Isn't that a factual determination? I'm sorry Isn't that a factual determination? No, I believe it's a legal interpretation of federal statutory law And it's... There really is no material fact in dispute as to paternity All the facts that... I'm sorry, your honor Go ahead, please All the facts that are to be found have been found It's now a matter of just applying those facts to what this court deems to be the law Who has found the facts on paternity? Well, the facts have been developed in the record As this court knows, this is now the third time that I believe this case is before this court And there has been various proceedings in the agencies And facts have been developed, records have been provided Where do we find a finding by anyone as to what the facts are? Well, there is a finding to the extent this court would be interested in paying attention to it is the Barbados courts The Barbados courts dissolved the marriage and in doing so made certain findings on the basis of adultery That's correct The marriage was... The paternity deal was not decided by the court, isn't that true? It wasn't decided explicitly But I think if you look carefully at the decision and look at the whole context of the pleadings that led up to that decision I think it's the only fair reading of that decision But there is no finding by that court of paternity, isn't that true? Not specifically, that's correct But again, if I may go a little bit into the context because I think it is significant Can I ask you a question about jurisdiction before you get into the context? Do the statutes that address the question of jurisdiction compel a specific result or do they just give us discretion to decide whether we should refer it to, for example, the Second Circuit or keep it here? Or does case law tell us how to address that issue? Well, I think the... I think... First of all, I think the record is not entirely clear that the immigration hearing was in New York I believe that's an understanding but I'm not sure that's been actually... Perhaps Mr. Bloom could clear that up whether that's been actually clarified definitely I'm sorry, is there some doubt about that? I thought the hearing was... Let's assume there is no doubt I'll assume that there is no doubt And there are two ways the court can look at whether or not to transfer this to the Second Circuit First of all, as a legal matter the statute provision 1252b2 is a venue provision and not jurisdictional so it doesn't require that the court send it to the Second Circuit And as a matter of equity in similar cases this court has made a determination in terms of equity to hold on to it only because it would be unjust after such a long period of time and the court having invested so much time and effort That's a good argument, but we've done both Sometimes we've transferred and sometimes we've kept it Yes The cases that I've seen Bonhametra which is a presidential decision the Rembrandt case which was a March 2006 case which was per curiam non-presidential basically followed Bonhametra But both of those are distinguishable from a recent case that your honors were on the St. Hill case In that case there was a court appointed counsel ready to go to New York the case was already accepted for review and it was clear in that case that law in the Second Circuit governed So I think that is distinguishable and I think we're all here we've spent a lot of time in this case Obviously it's a matter of your discretion I think it makes sense to keep it here If I could return to the Barbados court and its order and how that establishes a finding of paternity here The husband Gilks I'll refer to him His divorce petition alleged that mother Gilks committed adultery during a period as far back as a year before Gilks' birth thus making it possible that he was conceived with someone else He alleged in his divorce petition that there were just two issues of the marriage and of course this was after Gilks was born and these were Gilks' two older siblings He did not admit which I would suggest is the same as denying paternity of Gilks in his petition even though he was born during the marriage and he requested custody of only the two older siblings and the Barbados court basically adopted his request finding the mother guilty of adultery dissolving the marriage based on adultery awarding custody to two older siblings and only the two older siblings to husband Gilks and awarding custody of Gilks to the mother Now that award of custody is significant because as far as I can determine under the English common laws that was applied in Barbados at that time the father would have in a custody situation in a divorce situation the father would receive custody of in wedlock children mother would receive custody of out of wedlock children so in making this order consistent with English common law the court was in effect saying that Gilks was born out of wedlock I was just going to say this is all very at this point I don't know that there are any facts available that would help us DNA would not help I don't know whether that's available whether there are any whether Mr. Gilks husband Gilks is still alive and findable and willing to the siblings are still alive did you determine DNA on the basis of an exam of Mr. Gilks and his living brothers and sisters I'm not sure how scientifically I'm not sure either but I do in principle believe that that can be done well certainly DNA testing of siblings is a possibility in your brief you suggest as an alternative that we stay proceedings and let a Barbados court make that determination if your honors feel that you don't have all the facts that would be something that we would be happy to pursue but you just indicated that there's no way they could make that determination well I'm not sure that the DNA evidence is really necessary your honor I think the proceedings in the Barbados court back in the 1950's in solving marriage might be sufficient for Barbados court today to amend that order not pro tonic and include a finding of paternity you indicated that under the common law followed in Barbados that the father was entitled to custody but he didn't request custody he requested custody of the two children that he identified as his children that's true but he didn't request custody of Mr. Gilks that's correct so was that an issue before the court well he did not admit paternity so it was before the court only to the extent that something had to be determined before the court of Mr. Gilks I believe it was your honor in the dissolution of marriage there had to be a disposition of custody of all the children and that would include the two older siblings who he requested as well as Mr. Gilks going to the mother so the let me ask you the government also contends that the issue of derivative citizenship was not raised before the CIS therefore it's unexhausted and you can't raise it now could you respond to that I have several responses first of all as a practical matter I think it's reasonable to conclude that Gilks really has exhausted administrative remedies this court's order of May 26 noted that his claim under 1401G had clearly been exhausted and citizenship is transmitted under 1401G for almost the same reasons as 1409C one difference being that 1401G requires a longer period that the mother is in the United States but there were findings that she was, even though she didn't meet that requirement in 1401G there were findings that she would have met the standard in 1409C the one difference of course is the born out of wedlock criteria and for the reasons that there should be any sending this back for further review that issue should be determined by this court as a matter of law now there's a statutory language basis for not dismissing on grounds of exhaustion and that doesn't apply here by terms of the relevant statutory language 1252 D1 states that a court may review a final order of removal only if the alien has exhausted all administrative remedies available to the alien as of right based on that language the 8th circuit in the Moussa case said that 1252 D1 does not apply to any person challenging a final order of removal but only to aliens which is precisely what the petitioner in that case who was also for a bit of citizenship claim was trying to it had to determine on the merits whether or not petitioner was an alien to decide whether or not exhaustion applied so here the court would have to determine whether or not Gilkes is an alien to determine whether or not exhaustion applies I see my time is up any questions? we'll have you back on rebuttal Mr. Bloom My name is Darrell Bloom and I represent the Attorney General of the United States and the Bureau of Immigration and Customs Enforcement I think there are several threshold issues and I think the court had pointed those out first is whether or not this court has jurisdiction based upon the Real ID Act the government's position would be that the court does not and that matters should be transferred to the 2nd circuit I would submit that the facts in this case are particularly different from those in Bonometri here we have an individual who has not exhausted his administrative remedies he's making a claim for derivative citizenship under 1409C that has never been addressed by any court not by the district court not by the immigration court not by this court in fact this court had remanded it to the district court for consideration just prior to it being transferred back to this court based upon the Real ID Act In terms of who should hear this case Mr. Bloom as a practical matter doesn't it make good sense, economic sense perhaps judicial sense or judicial economy to hear this case here where it's already been briefed we're ready to decide the issues this case has been around up and down many times we're at the point of finishing it practically doesn't it make sense or is there a statute that says you absolutely cannot hear this case in this court well this kind of fits in with a little a little bit of a quagmire there is not a statute that specifically would indicate and the reason for that is because this was a pending case and I think Bonometri addresses that but it doesn't certainly there is some interest that would make sense for this court to retain it but for the fact that this issue really has not been addressed by any particular court but if this court decides to retain jurisdiction there are other jurisdictional issues specifically there's the failure to exhaust issue again that he Mr. Gilks has never raised the 1409C before anyone not before Was it that issue before a panel of this court as I recall Judge Slobinar was the presiding judge and that panel specifically sent the case back to the district court to address that issue they did indeed and I think one of the reasons that they did your honor is because in fact it had not been exhausted and so therefore the third circuit would not have had but did they send it back to address the exhaustion issue or did they send the case back to address the 1409 eligibility issue well I think they sent it back to address the 1409 and I think they did so because and this gets into another issue is the fact that there's a factual dispute in this case and because there's a factual dispute that would be yet a third reason that this court would not have retained jurisdiction that factual issue being whether or not he was born out of wedlock that indeed is correct your honor for a second stay on the first part of Judge Fuente's question it was sent back to address the exhaustion issue or the 1409C issue I think specifically the order indicated to address the 1409C issue and the reason for that statute changed then we had a change of law so the district court never did that that is correct your honor so the district court then sent it back to us that is absolutely correct so that's never been addressed that has never been addressed and nor has this issue that's in factual dispute which again would be why this court would lack jurisdiction while counsel has indicated that Ronald Everton Gilks Mr. Gilks his father specifically denied paternity both at page 10 and 20 in his brief that's not true while he's indicated that no one can dispute that Ronald Everton Gilks is not his biological father that's not true while he's indicated that as a matter of fact Ronald Everton Gilks is not or Kirby Gilks is not Ronald Everton Gilks' father that again is not true if you look at the documents in the record there's a birth certificate it names Ronald Everton Gilks as Kirby Gilks' father there's a baptismal certificate that's at 129 the baptismal certificate is at appendix page 83 the notarized affidavit from his mother at 145 says she didn't receive any help from his father and she names him Ronald Everton Gilks then we have the application for certificate of citizenship the N-600 which again names Ronald Everton Gilks as Kirby Gilks' father I would not disagree with you that the record seems to be insufficient for us to conclude that Gilks was born out of wedlock but we can send the case back wouldn't we for that determination does that require factual determination well I think there's two parts absolutely I think there's without question an arguendo if there is jurisdiction for this court to address that I think absolutely there's a factual dispute that would need to be sent back but your honor to the immigration judge I think actually it would go more particularly it would go to the citizenship and immigration services who would make the adjudication on the N-600 I see so then then they'd go from starting at the very beginning that is correct and essentially Mr. Gilks has the ability to file unlimited N-600s or applications for certificate of citizenship he's elected not to do so in fact he didn't even file one until after he had filed his petition for De Havilland's corpus in the district court so immigration customs enforcement has never addressed this issue all the documents that have been presented to them indicated that Ronald Everton Gilks is Kirby Gilks' father so they've not addressed the wedlock issue and I would submit to the court do you agree that's the only issue remaining here I mean besides jurisdiction 1409 issue can be resolved simply by determining that wedlock issue I think there are two parts to that your honor I think there's a factual issue which would certainly be whether or not Ronald Everton Gilks is not the father of Kirby Gilks and then I think there's a legal issue and the legal issue would be what does out of wedlock mean counsel has cited and kind of going through a step by step process of determining what bastard means to determining what adultery and bastard means and determining what illegitimate child and ultimately they come to the conclusion that that means someone that can be born of a marriage but that the father is not the biological father so to speak so that's a legal part so I think there's a two step process and again that's not been addressed by the immigration service at all and I would submit to the court because of their expertise they should at least have the first crack at it and I would note to the court and very specifically that this issue that someone other than Ronald Everton Gilks was Mr. Kirby Gilks' father was never raised and the only document that we have that indicates that somebody other than Ronald Everton Gilks is his father is the affidavit from the mother and that affidavit that I would submit to the court was not submitted until after he filed his claim with this court indicating derivative citizenship under 1409C and if you look at the history of this case this case started out he was applying for citizenship it was section 1431 then 1432 then 1401 and then it becomes 1409C and there's somewhat of a twisted history after all those failed and after the district court proceeding in October of 2004 only then did he file and at that point it was with this court he made a claim for derivative citizenship under 1409C and then only at that point did he submit an affidavit from his mother indicating that Ronald Everton Gilks is not the father I would note surprisingly or perhaps not surprisingly that that's inconsistent from a notarized affidavit that she had previously submitted which is at appendix page 145 Do you think the results of a DNA test would put much of these matters to rest? I believe it would your honor in this case we don't have that we don't have DNA we don't have blood testing his father just to address one of the issues his father is in fact deceased there's a death certificate that's in the court that that would address certainly the factual issue because that's a huge factual issue and Gilks bears the burden of establishing that? without question your honor in fact the supreme court has addressed that that you become a United States citizen only upon the terms and conditions specified by congress that the burden is on the alien Barry Annie versus district director INS INS versus Pangolinian I hope I'm pronouncing that correctly and in this case what we have is congress has exclusive constitutional authority over nationality and immigration matters they've delegated that to citizenship and immigration services citizenship and immigration services I would note has been left completely out of the loop in this case you know what I was thinking do you think that going back to the prior panel of this court's decision to send the case back to the district court for resolution of the 1409 issue do you think that becomes the law of the case here in other words isn't that a standing order that has to be followed well I would in fact if it's not been appealed I would indicate that it would be a standing order I think one of the issues is not the statute but the district court I beg your pardon your honor it's not competent to receive that well I think in this case it's unclear although they sent it back for a 1409c adjudication it's unclear if they did so pursuant to section 1252 1252 essentially would indicate that nationality claims would be properly addressed with the court of appeals and if there's a factual dispute then the court of appeals would send it back to the district court for adjudication and to essentially determine that factual dispute the order is actually very unclear as if that was the intent at that time it was sent back essentially indicating that to review this issue but it never specifically indicated that that was the basis in fact they originally had started as a petition for a habeas corpus so it was unclear whether or not the court at that point was retaining jurisdiction as a petition for review or as the documents would indicate more appropriately that it was an appeal of a petition for a habeas corpus that this court was sending back so it's really somewhat unclear and I hope that answers the court's question well not if we decide not if we decide to send it back do we send it back to the CIS or do we send it back to the district court well I would submit first that it would be in this particular case it would be dismissed because it would otherwise have to or in the alternative remand it to CIS for the initial determination because we do have a factual dispute and b because we do have this legal issue of what would constitute out of wedlock I understand that but as I think Judge Fuente's question was since we decided before to send it to the district court isn't that isn't that issue and the district court didn't deal with it and sent it back to us are we in effect required or mandated to do what we said we were going to do as law of the case and send it to the district court or do we have discretion or are we commanded by some other aspect of the statute to send it to CIS I think this court certainly excuse me your honor I think this court certainly would have discretion to send it to CIS or discretion to send it back to the district court for adjudication why is that because of the intervening idea act I think that's in part due to the real idea act and the reason I say in part is because then at the passage of the real idea act this whatever this case was however it started which was a petition for habeas corpus that changed into an appeal then became a petition for review so it's while it's a very similar animal it's as much a very different animal and that's again because there is a very I think it is a complex legal issue about what constitutes out of wedlock certainly it is in dispute if you look up the term wedlock in dictionary it indicates very clearly that it's a state of being married matrimony that's the clear part that's what we know is clear out of wedlock assumingly would mean someone that is out of the state of being married now council has already definition of out of wedlock that would exclude Mr. Gilkes I think by virtue of the fact that in this case his parents were married and by virtue of the fact that there's certainly a dispute as to paternity I understand that but I mean in terms of the definition of out of wedlock is there a definition that would exclude him there certainly could be in this case primarily I think that out of wedlock would be someone whose parents are not married at the time of birth isn't that the circumstance here no your honor they were married his parents were in fact married he was not born of that union well we don't know that's a factual dispute that's his assertion that's certainly his assertion and in fact if someone other than Ronald Everton Gilkes is indeed his father that opens up that legal issue as to what would what would out of wedlock be and that's something that I think primarily the first crack should be with citizenship and immigration services it also opens up a lot of other issues if we get into the policy we get into potential for manipulation and fraud what documents then would be necessary to prove that someone other than the person that's on your birth certificate, your baptismal certificate, your applications your mother's affidavit I think it does open up to fraud now that can be cured thankfully in some respects by the science that we have which is DNA and blood testing I see my time's up if there's any other questions thank you very much Mr. Bloom Mr. Krause I think Putin suggests that I leave the factual dispute issue alone except I do want to mention that the government in their January 2006 letter brief to this court in response to the court's request for response on the transfer issue stated in that letter that there were no material issues of fact in this case why the government now thinks there are such material issues of fact I'm not sure second thing I'd like to state is that the court really should not send this case back to the agency but should send it to the district court this court has said on different occasions that the agency immigration agency is not necessarily due Chevron deference in interpreting federal immigration law where citizenship is concerned and although this court has not said that in an official capacity in a presidential case the 9th circuit has reached that conclusion in the case of Hughes v. Ashcroft which was a 2001 case and they held that the agency view on issues of law pertaining to citizenship is not entitled to deference because the governing statute didn't give the agency discretion to decide it to the contrary Congress explicitly gave the federal courts the job of deciding nationality claims in 1252b-5 and so I would if the court is going to send this back for further fact finding I would urge the court to send it back to the district court my time is virtually done any questions Mr. Krauss? thank you very much hold on a second Mr. Krauss I think we've got a question the concern I have with what you've just said is that what's the district court going to do if we send it back to them isn't it going to say under the Real ID Act this is a petition for review and it should be decided either by the second or the third circuit I believe 1252b-5 gives the circuit court the power to send the case back to the district court if further findings of fact are necessary do you want to read that to us? do you have it there? 1252b-5b transfer of issue of fact if the petitioner claims to be a national of the United States and the court of appeals finds that a genuine issue of material fact about the petitioner's nationality is presented, the court shall transfer the proceeding to the district court of the United States for a new hearing on the nationality claim and a decision on that claim as if an action had been brought in the district court under 28 U.S.C. 2201 that helps you, is that superseded by the ID Act? I don't believe so good Mr. Bloom do you have a contrary reading of that? I think indeed that was not superseded by the ID Act I think in fact if there is a material issue why don't you come on up here we're just trying to get this straightened out that portion of the statute your honor was not in fact repealed and so based upon that it would be the government's position that while nationality claims would initially be brought in the court of appeals as a petition for review any issue of material fact this court would have discretion to and if so would have the power then to send it back to the district court for a hearing appropriate specifically on that issue the district court then would make a determination on that issue and then send it back to this court for final disposition of the matter would you repeat the citation of the statute for me? I can your honor it's United States Code section 1252 D5 and specifically it would actually be D5B would be the transfer if there's an issue of fact I'm sorry it's a B5 the term used is shall which would seem to indicate that that if we're going to send it back we have to send it to the district court and not to the CIS am I correct in that reading? well I think it does indicate shall transfer to the district court but I think even before you get to that part I think there needs to be an exhaustion and so I think the threshold will be ok so that complicates the analysis I understand your argument Mr. Krause anything more you want to say about that? thank you gentlemen the case was very well argued we appreciate it take the matter under advisement